| | |
|---|---|
| Lauren S. Wulfe (SBN 287592) | Paul W. Rodney (*admitted pro hac vice*) |
| ARNOLD & PORTER KAYE SCHOLER LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 777 South Figueroa Street, Forty-Fourth Floor | 1144 15th Street, Suite 3100 |
| Los Angeles, California 90017 | Denver, CO 80202 |
| Telephone:  213-243-4000 | Telephone: 303-863-1000 |
| Facsimile:  213-243-4199 | Facsimile: 303-832-0428 |
| Lauren.Wulfe@arnoldporter.com | Paul.Rodney@arnoldporter.com |

John C. Massaro (*admitted pro hac vice*)
Daphne O'Connor (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone:  202-942-5000
Facsimile:  202-942-5999
John.Massaro@arnoldporter.com
Daphne.OConnor@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

Attorneys for Defendants Altria Group, Inc.,
Philip Morris USA Inc., Altria Client Services LLC,
Altria Group Distribution Company, and
Altria Enterprises LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Plaintiffs Identified in Exhibit A* | Case No.:19-MD-02913-WHO<br><br>The Honorable William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING ALTRIA'S MOTION TO DISMISS WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS**<br><br>Hon. William H. Orrick |

1  Before the Court is the Motion by Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC ("Altria") to Dismiss With Prejudice Non-Communicating Plaintiffs' Claims identified in Exhibit A in the above referenced, consolidated actions. Having considered the Motion, and with good cause appearing therefore, the Court hereby **GRANTS** the Motion and **DISMISSES** the Complaints filed by all plaintiffs identified in Exhibit A with prejudice.

**IT IS SO ORDERED.**

Date:   July 9, 2024



The Honorable William H. Orrick
United States District Judge

## Exhibit A

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Dylan | Muscari | Muscari v. JUUL Labs, Inc., previously d/b/a as Pax Labs, Inc. and Ploom Inc. et al. | 3:22-cv-07968-WHO |
| Caden | McCandless | McCandless v. JUUL Labs, Inc., et al. | 3:22-cv-06697-WHO |
| Abigail | Ferris | Ferris v. JUUL Labs, Inc., previously d/b/a as Pax Labs, Inc. and Ploom Inc. et al. | 3:22-cv-08202-WHO |
| Shawn | Dudani | Dudani v. JUUL Labs, Inc. previously d/b/a Pax Labs, Inc. and Ploom Inc. et al. | 3:22-cv-08400-WHO |
| Garner | Brown | Brown v. JUUL Labs, Inc., et al. | 3:22-cv-07729-WHO |
| Nyomi | Vila | Vila v. JUUL Labs, Inc., et al. | 3:22-cv-07977-WHO |
| Tyler | Higgins | Higgins v. JUUL Labs, Inc., et al. | 3:22-cv-08139-WHO |
| Ralph | Howell[1] | Messina, et al. v. JUUL Labs, Inc., et al. | 3:22-cv-07109 |
| Jadon | Kummers | Kummers v. JUUL Labs, Inc., et al. | 3:22-cv-06151 |
| Emmanuel | Nwodo | Emmanuel Nwodo v. JUUL Labs Inc., et al. | 3:22-cv-04527 |
| Anthony | Mellis | Anthony Mellis v. JUUL Labs Inc., et al. | 3:22-cv-05704 |
| Steven | Rivas | Steven Rivas v. JUUL Labs Inc., et al. | 3:19-cv-08311 |
| Bailey | Wasniak | Bailey Wasniak v. JUUL Labs Inc., et al. | 3:22-cv-06274 |

---

[1] Plaintiff is the member of a multi-plaintiff case.

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Baley | Myerscough | Baley Myerscough v. JUUL Labs Inc., et al. | 3:22-cv-06276 |
| Joe | Park | Joe Park v. JUUL Labs Inc., et al. | 3:22-cv-06415 |
| Damon | Shumake | Damon Shumake v. JUUL Labs Inc., et al. | 3:22-cv-06790 |
| David | Beckett | David Beckett v. JUUL Labs Inc., et al. | 3:22-cv-06809 |
| Wyatt | Harrington | Wyatt Harrington v. JUUL Labs Inc., et al. | 3:22-cv-06821 |
| Devin | Gryl | Devin Gryl v. JUUL Labs Inc., et al. | 3:22-cv-06683 |
| Reagan | Adams | R.A., a minor, by and through his parent and next friend, Philip Adams v. JUUL Labs Inc., et al. | 3:20-cv-01160 |
| Bennett | Dubois | Bennett DuBois v. JUUL Labs Inc., et al. | 3:20-cv-01369 |
| Bridgette | Collins | B.C., a Minor, by Tara Dye, Her Mother and Next Friend, v. JUUL Labs, Inc. et al. | 3:20-cv-02375 |
| Chase | O'Keefe | Chase O'Keefe v. JUUL Labs Inc., et al. | 3:22-cv-07831 |
| Damian | Maffei | Damian Maffei v. JUUL Labs Inc., et al. | 3:20-cv-02656 |
| Giavanna | Fioretti | Giavanna Fioretti v. JUUL Labs Inc., et al. | 3:22-cv-06368 |
| Nathan | Saelens | Nathan Saelens v. JUUL Labs Inc., et al. | 3:20-cv-02799 |
| Julian | Muhlemann | Julian Muhlemann v. JUUL Labs Inc., et al. | 3:20-cv-02822 |
| Malia | Parker | Malia Parker v. JUUL Labs Inc., et al. | 3:20-cv-05275 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| MD | Noor | MD Noor v. JUUL Labs Inc., et al. | 3:20-cv-06070 |
| Erik | Acheson | Erik Acheson v. JUUL Labs Inc., et al. | 3:20-cv-06083 |
| Zachary | Doe | Zachary Doe v. JUUL Labs Inc., et al. | 3:20-cv-06601 |
| Nicholas | Kapon | Nicholas Kapon v. JUUL Labs Inc., et al. | 3:20-cv-07500 |
| Gabrielle | Kirkendol | Gabrielle Kirkendol v. JUUL Labs Inc., et al. | 3:20-cv-08299 |
| Drew | Stewart | Drew Stewart v. JUUL Labs Inc., et al. | 3:21-cv-00878 |
| Tahj | Fulcher | Tahj Fulcher v. JUUL Labs Inc., et al. | 3:21-cv-00563 |
| Jaiden | Dunstan | J.D., by and through Kristyn Dunstan, as Next Friend and Parent v. JUUL Labs Inc., et al. | 3:21-cv-02034 |
| Aram | Kashakhi | Aram Kashakhi v. JUUL Labs Inc., et al. | 3:21-cv-04070 |
| Fernando | Lucchetti | Fernando Lucchetti v. JUUL Labs Inc., et al. | 3:21-cv-04713 |
| Morgan | Wideman | Morgan Wideman v. JUUL Labs Inc., et al. | 3:21-cv-05553 |
| Austin | Wiegand | Austin Wiegand v. JUUL Labs Inc., et al. | 3:21-cv-08851 |
| Tate | Vestal | Tate Vestal v. JUUL Labs Inc., et al. | 3:21-cv-09315 |
| James | Roberts | James Roberts v. JUUL Labs Inc., et al. | 3:21-cv-09533 |
| Greta | Loraditch | Greta Loraditch v. JUUL Labs Inc., et al. | 3:21-cv-09607 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Thaddeus | Troublefield | Thaddeus Troublefield v. JUUL Labs Inc., et al. | 3:21-cv-09625 |
| Noah | Carbert | Noah Carbert v. JUUL Labs Inc., et al. | 3:21-cv-09692 |
| Daniel | Britton | Daniel Britton v. JUUL Labs Inc., et al. | 3:21-cv-07976 |
| William | Marchiani | William Marchiani v. JUUL Labs Inc., et al. | 3:22-cv-06805 |
| Jacob | Bligh | Jacob Bligh v. JUUL Labs Inc., et al. | 3:22-cv-06657 |
| Noah | Hutchinson | Noah Hutchinson v. JUUL Labs Inc., et al. | 3:22-cv-06649 |
| Audreeanna | Downing | Audreeanna Downing v. JUUL Labs Inc., et al. | 3:22-cv-06741 |
| Nicholas | Williams | Nicholas Williams v. JUUL Labs Inc., et al. | 3:22-cv-04384 |
| Emily | Wendleton | Emily Wendleton v. JUUL Labs Inc., et al. | 3:22-cv-05751 |
| Rogelio | Zavala | Rogelio Zavala v. JUUL Labs Inc., et al. | 3:22-cv-06720 |
| James | Knight | James Knight v. JUUL Labs Inc., et al. | 3:22-cv-04666 |
| Hayley | Rust | Hayley Rust v. JUUL Labs Inc., et al. | 3:22-cv-02518 |
| Kaitlyn | Hunt | Kaitlyn Hunt v. JUUL Labs Inc., et al. | 3:22-cv-05650 |
| Bahja | Mohamoud | Bahja Mohamoud v. JUUL Labs Inc., et al. | 3:22-cv-05709 |
| Shantasia | Jacob | Shantasia Jacob v. JUUL Labs Inc., et al. | 3:22-cv-05909 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Connor | Loos | Connor Loos v. JUUL Labs Inc., et al. | 3:22-cv-05729 |
| Brian | Shannon | Brian P. Shannon v. JUUL Labs Inc., et al. | 3:22-cv-05715 |
| Travis | Ford | Travis Ford v. JUUL Labs Inc., et al. | 3:22-cv-04333 |
| Sarel | Lopez | Sarel Lopez v. JUUL Labs Inc., et al. | 3:22-cv-05684 |
| Nathan | Sims | Nathan Sims v. JUUL Labs Inc., et al. | 3:22-cv-05681 |
| Jose | Soriano | Jose Soriano v. JUUL Labs Inc., et al. | 3:22-cv- 05645 |
| Tatum | Klosterman | Tatum Klosterman v. JUUL Labs Inc., et al. | 3:22-cv-05914 |
| Dylan | Rendon | Dylan Rendon v. JUUL Labs Inc., et al. | 3:22-cv-05586 |
| Kyle | Lichtenstein | Kyle Lichtenstein v. JUUL Labs Inc., et al. | 3:22-cv-05673 |
| Casseem | Sampson | Casseem Sampson v. JUUL Labs Inc., et al. | 3:22-cv-06788 |
| Eduardo | Fabri | Eduardo Fabri v. JUUL Labs Inc., et al. | 3:22-cv-05590 |
| Angelina | Sims | Angelina Sims v.  JUUL Labs Inc., et al. | 3:22-cv-06266 |
| Colby | Kudla | Colby Kudla v.  JUUL Labs Inc., et al. | 3:22-cv-06346 |
| Sebastian | Capote | Sebastian Capote v. JUUL Labs Inc., et al. | 3:22-cv-06773 |
| Alyssa | Rogers | Alyssa Rogers v. JUUL Labs Inc., et al. | 3:22-cv-06653 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Logan | Weisz | Logan Weisz v. JUUL Labs Inc., et al. | 3:22-cv-05534 |
| Nathan | Padilla | Nathan Padilla v. JUUL Labs Inc., et al. | 3:22-cv-06576 |
| Francesco | Camilli | Francesco Camilli v. JUUL Labs Inc., et al. | 3:22-cv-06831 |
| Daniel | Hermida | Daniel Hermida v. JUUL Labs Inc., et al. | 3:22-cv-06807 |
| Justin | Kehoe | Justin Kehoe v. JUUL Labs Inc., et al. | 3:22-cv-06924 |
| Kira | Ambrosi | Kira Ambrosi v. JUUL Labs Inc., et al. | 3:22-cv-05846 |
| Brandi | Licoski | Brandi Licoski v. JUUL Labs Inc., et al. | 3:22-cv-06338 |
| Lincoln | Gibson | Lincoln Gibson v. JUUL Labs Inc., et al. | 3:22-cv-06942 |
| Trae | Luppens | Trae Luppens v. JUUL Labs Inc., et al. | 3:22-cv-05916 |
| Mercury | Khalsa | Mercury Khalsa v. JUUL Labs Inc., et al. | 3:22-cv-06592 |
| Julia | Burden | Julia Burden v. JUUL Labs Inc., et al. | 3:22-cv-06919 |
| Lara | Yee-Cagakit | Lara Yee-Cagakit v. JUUL Labs Inc., et al. | 3:22-cv-06465 |
| Melanie | Cosmes | Melanie Cosmes v. JUUL Labs Inc., et al. | 3:22-cv-07873 |
| Ashley | Hicks | Ashley Hicks v. JUUL Labs Inc., et al. | 3:22-cv-00336 |
| Bryer | Ketterman | Bryer Ketterman v. JUUL Labs Inc., et al. | 3:22-cv-06341 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Basmalah | Ghahin | Basmalah Ghahin v. JUUL Labs Inc., et al. | 3:22-cv-06281 |
| Anzhelika | Amelina | Anzhelika Amelina v. JUUL Labs Inc., et al. | 3:22-cv-07817 |
| Marcela | Modrusic | Marcela Modrusic v. JUUL Labs Inc., et al. | 3:22-cv-06494 |
| Kobie | Karhoff | Kobie Karhoff v. JUUL Labs Inc., et al. | 3:22-cv-06447 |
| Isabella | Williams | Isabella Williams v. JUUL Labs Inc., et al. | 3:22-cv-06850 |
| Madison | Doty | Madison Doty v. JUUL Labs Inc., et al. | 3:22-cv-06476 |
| Jasmyn | Taylor | Jasmyn Taylor v. JUUL Labs Inc., et al. | 3:22-cv-01658 |
| Devin | Bullins | Devin Bullins v. JUUL Labs Inc., et al. | 3:22-cv-02264 |
| Riley | Reid | Reid v. JUUL Labs, Inc., et al. | 3:22-cv-07767-WHO |
| Jeremy | Starling | Jeremy Starling v. JUUL Labs, Inc., et al. | 3:20-cv-05731 |
| Joshua | Stafford | Joshua Stafford v. JUUL Labs, Inc., et al. | 3:21-cv-08662 |
| Patrick | Nicolia | Patrick Nicolia v. JUUL Labs, Inc., et al. | 3:21-cv-02963 |
| Robert | Nichols | Robert Nichols v. JUUL Labs, Inc., et al. | 3:20-cv-05692 |
| Ryan | Rozelle | Ryan Rozelle v. JUUL Labs, Inc., et al. | 3:20-cv-04361 |
| Heather | Sobik | Heather Sobik vs. JUUL Labs, Inc. | 3:19-cv-06565 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Ashlin | Ardito | Ashlin Ardito v. JUUL Labs, Inc. | 3:20-cv-00908 |
| Eric | Smith | Eric Smith v. JUUL Labs,Inc. | 3:20-cv-01718 |
| Maria | Ireland | Maria Ireland v. JUUL Labs, Inc., et al. | 3:21-cv-06413-WHO |
| Aaron | Lau | Aaron Lau v. JUUL Labs, Inc. | 3:20-cv-01146 |
| Hunter | Haynes | Hunter Haynes vs. JUUL Labs, Inc., et al. | 3:20-cv-07091 |
| Allyssa | Keller | Allyssa Keller, Plaintiff, v. JUUL Labs, Inc., et al. | 3:20-cv-00262-WHO |
| William | Norwood | William Norwood V JUUL Labs, Inc., et al. | 3:22-cv-04220 |
| Richard | McMillon | Richard McMillon v. JUUL Labs, Inc. et al. | 3:20-cv-01315 |
| Steven | Keenum | Steven Keenum v. JUUL Labs, Inc., et al. | 3:21-cv-05051-WHO |
| Brad | Nelson | Brad Nelson v. JUUL Labs, Inc. | 3:20-cv-00109 |
| Leiyah | Bonday | Leiyah Bonday v. JUUL Labs, Inc., et al. | 3:22-cv-07579 |
| Rose | King | Rose King v. JUUL Labs, Inc., et al. | 3:22-cv-07583 |
| Khadija | Julien | Khadija Julien v. JUUL Labs, Inc., et al.. | 3:21-cv-08418 |
| Barbara | Arnold | Barbara Arnold v. JUUL Labs, Inc., et al. | 3:22-cv-07555 |
| Robbie | Wilson | Robbie Wilson v. JUUL Labs, Inc., et al. | 3:20-cv-09129 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Tyler | Bergey | Tyler Bergey v. JUUL Labs, Inc. | 3:20-cv-03428 |
| Matai | Barre | Jennifer Chan as Guardian ad Litem to M.B., a minor v. JUUL Labs, Inc., et al. | 3:22-cv-07574 |
| Keyosha | Decuir | Keyosha Decuir v. JUUL Labs, Inc., et al. | 3:20-cv-08919 |
| Emily | Fight | Emily Grace Fight v. JUUL Labs, Inc et al. | 3:22-cv-07384 |
| Dylan | Pearce | Dylan Pearce v. JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation, et al. | 3:22-cv-02211 |
| Kathryn | Edmond | Kathryn Edmond v. JUUL Labs, Inc., et al. | 3:20-cv-09192 |
| Jasmine | Thomas | Jasmine Thomas v. JUUL labs INC et al. | 3:22-cv-03735-WHO |
| Zachary | Pryor | Zachary Pryor v. JUUL Labs Inc., et al. | 3:21-cv-09123 |
| Muhand | Widah | Muhand Widah v. JUUL Labs, Inc., et al. | 3:22-cv-06253 |
| John | McClure | McClure v. JUUL Labs, Inc. et al.. | 3:20-cv-01838 |
| Julia | Curtis | Julia Curtis v. JUUL Labs, Inc., et al. | 3:22-cv-07982 |
| Gabriel | Croft | Croft v. JUUL Labs, Inc., et al. | 3:22-cv-06107-WHO |
| Jumauis | Mack | Jumauis Mack v. JUUL Labs, Inc., | 3:22-CV-06283-WHO |
| Claudia | Irving | Claudia Irving v. JUUL Labs Inc., et al. | 3:22-cv-08724 |
| Michika | McClinton | Michika McClinton v JUUL Labs Inc., et al. | 3:22-cv-08750 |

[PROPOSED] ORDER GRANTING ALTRIA'S MOTION TO DISMISS
WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Chase | Wallace | Chase Wallace v. JUUL Labs Inc. et al. | 3:20-cv-02701 |
| Kelsey | Morgan Brown | Kelsey Morgan Brown v. JUUL Labs, Inc., et al. | 3:22-cv-08763 |
| Christopher | Roethke | Christopher Roethke v. JUUL Labs, Inc., et al. | 3:22-cv-08741 |
| Henry | Roy | Henry Roy v. JUUL, et al. | 3:22-cv-08722 |
| Kyle | Kirk | Kyle Kirk v. JUUL | 3:22-cv-08811 |
| Madisen | Keffer | Timugen Keffer, Individually and as Personal Representative for the Estate of his minor child, M.K., Deceased  v. JUUL Labs, Inc., et al. | 3:19-md-02913-WHO |
| Kenneth | Campbell | Kenneth Campbell v. JUUL Labs, Inc., et al. | 3:20-cv-03738 |
| Josef | Lewis | Josef Lewis v. JUUL Labs, Inc., previously d/b/a PAX LABS, INC. and PLOOM INC. et al. | 3:20-cv-06135 |
| Ronald | Claytor | Claytor v. JUUL Labs, Inc., et al. | 3:20-cv-08316 |
| Sean | Ryan | Sean Ryan vs JUUL Labs Inc | 3:20-cv-08660 |
| Adrianna | Cardell | Adrianna Cardell vs JUUL Labs Inc | 3:20-cv-08820 |
| Ryan | Cooper | Ryan Cooper v. JUUL Labs, Inc., et al. | 20-cv-08333 |
| Benjamin | Shirvinski | Benjamin Shirvinski ; In Re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 3:20-cv-09069 |
| Noah | Murray | Noah Murray vs JUUL Labs Inc | 3:20-cv-09121 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Ronisha | Lawson | Ronisha Lawson v. JUUL Labs, Inc., et al. | 3:20-cv-08342 |
| Joseph | Ferris | Joseph Ferris v. JUUL Labs Inc, et al. | 3:20-cv-07745 |
| Rebecca | Walker[2] | WALKER et al. v. JUUL Labs, Inc., et al. | 3:19-md-02913-WHO |
| Alissa | Lake | Alissa Lake v. JUUL Labs, Inc., et al. | 3:20-cv-08927 |
| Joseph | Smith | Joseph Smith vs JUUL Labs Inc | 3:21-cv-01321 |
| David | Song | David Song v. JUUL Labs, Inc., et al. | 3:21-cv-04046 |
| Adam | Warman | Adam Warman v. JUUL Labs, Inc., et al. | 3:21-cv-05918 |
| Christopher | Walker | Exie Dyer, individually, and as the legal Guardian of her minor child, C.W. v. JUUL Labs, Inc., et al. | 3:21-cv-04752 |
| Shaylen | Miller | Patricia Bailey, individually, and as the legal Guardian of her minor child, S.M. v. JUUL Labs, Inc., et al. | 3:21-cv-04798 |
| Carneilrous | Flucker | Carneilrous Flucker v. JUUL Labs, Inc., et al. | 3:21-cv-06373 |
| Kevyn | Annonio | Kevyn Annonio v. JUUL Labs, Inc., et al. | 3:21-cv-05676 |
| Mitchell | Gersh | Gersh vs. JUUL Labs, Inc et al.. | 3:21-cv-07455-WHO |
| Blaise | Potts | Blaise Potts v. JUUL Labs, Inc., et al. | 3:21-cv-08076 |
| Cameron | Naylor | Cameron Naylor v. JUUL Labs, Inc., et al. | 3:22-cv-00045-WHO |

---

[2] Plaintiff is the member of a multi-plaintiff case.

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Justin | Schuette | Justin Schuette v. JUUL Labs, Inc., et al. | 3:22-cv-02019 |
| Alexis | Shumpert | Alexis Shumpert v. JUUL Labs, Inc., et al. | 3:22-cv-00247 |
| Alexander | Erdellan | Alexander Erdellan v. JUUL Labs Inc., et al. | 3:22-cv-07997 |
| Dakota | Frost | Dakota Frost v. JUUL Labs, Inc., et al. | 3:22-cv-07847 |
| Tabitha | Morris | Tabitha Morris v. JUUL Labs, Inc., et al. | 3:22-cv-08371 |
| Jane | Mulvahill | Jane Mulvahill v. JUUL Labs, Inc., et al. | 3:22-cv-08290 |
| Kaitlin | Norton | Kaitlin Norton v. JUUL Labs, Inc., et al. | 3:22-cv-08505 |
| Nicholas | Sachs | Nicholas Sachs v. JUUL Labs, Inc., et al. | 3:22-cv-08760 |
| Trevor | Saunders | Trevor Saunders v. JUUL, et al. | 3:22-cv-08427 |
| Jaime | Gomez | Jaime Gomez v. JUUL Labs, Inc., et al. | 3:22-cv-08592 |
| Camilo | Gonzalez | Camilo Gonzalez v. JUUL Labs, Inc., et al. | 3:22-cv-08388 |
| Alberto | Guerrero | Alberto Guerrero v. JUUL Labs, Inc., et al. | 3:22-cv-08431 |
| Debbie | Hennessy | Debbie Hennessy v. JUUL Labs, Inc., et al. | 3:22-cv-08018 |
| Chase | Kristiansen | Chase Kristiansen v. JUUL Labs, Inc., et al. | 3:22-cv-07936 |
| Lindy | McGraw | Lindy McGraw v. JUUL Labs, Inc., et al. | 3:22-cv-08040 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Humayun | Mian | Humayun Mian v. JUUL Labs, Inc., et al. | 3:22-cv-07892 |
| Jeremiah | Clarke | Jeremiah Clarke v. JUUL Labs, Inc., et al. | 3:22-cv-08175 |
| Don | Cooper | Don Cooper III v. JUUL Labs, Inc., et al. | 3:22-cv-08360 |
| Rose | Cosenza | Rose Cosenza v. JUUL Labs, Inc et al. | 3:22-cv-08570 |
| Andrew | Delk | Andrew Delk v. JUUL Labs, Inc., et al. | 3:22-cv-08363 |
| Julia | Garrett | Julia Garrett v. JUUL Labs, Inc., et al. | 3:22-cv-08383 |
| Landon | White | Landon White v. JUUL | 3:22-cv-08272 |
| Cierra | Sullivan | Cierra Sullivan v. JUUL | 3:22-cv-08101 |
| Harley | Vaughn | Harley Vaughn v. JUUL, et al. | 3:22-cv-07916 |
| Parmeshwar | Persaud | Parmeshwar Persaud v. JUUL Labs, Inc., et al. | 3:22-cv-07816 |
| Maximus | Romero | Michelle Moore, Individually and obo Maximus Romero, a minor v. JUUL Labs, Inc., et al. | 3:22-cv-08025 |
| Amber | Chute | D.C., a minor, by and with his parent and Natural Guardian Amber Chute v. JUUL Labs, Inc., et al. | 3:22-cv-07828 |
| Derek | Carver | Derek Carver v. JUUL Labs, Inc., | 3:22-CV-06178-WHO |
| Rece | Dale | Rece Dale v. JUUL Labs, Inc., | 3:22-CV-06188-WHO |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Keith | Dinkins | Keith Dinkins v. JUUL Labs, Inc., | 3:22-CV-06208-WHO |
| Brian | Sturgeoun | Brian Sturgeoun v. JUUL Labs, Inc., | 3:22-CV-06232-WHO |
| Eli | Hines | Brandon T. Leahy, Sr., as next friend of minor E.H. v. JUUL Labs, Inc., et al. | 3:22-cv-7763-WHO |
| Claire | Chiquete | Rebecca L. Chiquete as next friend of minor C.E.C. v. JUUL Labs, Inc., et al. | 3:22-cv-07812-WHO |
| Shane | Bridges | Stacey M. Calcote as next friend of minor S.M.B.  v. JUUL Labs, Inc., et al. | 3:22-cv-07804-WHO |
| Scott | Horton | Scott Horton, individually and on behalf of his minor child, J.H. v. JUUL, et al. | 3:20-cv-08510-WHO |
| Jacob | Hiser | Jacob Hiser v. JUUL Labs., Inc., et al. | 3:21-cv-00645 |
| Matthew | Murphy | Matthew Murphy, et al. v. JUUL Labs, Inc. | 3:2019-cv-06927 (cand) |
| Elaina | Feagans | Elaina Feagans v. JUUL Labs., Inc., et al. | 3:21-cv-01975 |
| Timothy | Stephens | Timothy Stephens v. JUUL Labs., Inc., et al. | 3:-21-cv-01274 |
| Hugh | Manuel | Manuel v. JUUL Labs, Inc., et al. | 3:21-cv-06036 |
| Tyler | Hute | Tyler Hute v. JUUL Labs, Inc., et al. | 3:20-cv-2938 |
| Ashten | Coker | Ashten Coker v. JUUL Labs, Inc., et al. | 3:22-cv-02484 |
| Jonathan | Grantham | Jonathan Grantham v. JUUL Labs, Inc., et al. | 3:22-cv-08585 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Madison | Alspach[3] | Akins, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-07112 |
| Vanessa | Zastro[4] | Akins, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-07112 |
| Ashten | Coker[5] | Kerner, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-07111 |
| Joseph | Economides[6] | Raphael, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-08225 |
| Samuel | Gill[7] | Swingle, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-08220 |
| Kendell | Johnson[8] | Swingle, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-08220 |
| Ethan | Zipsie | Ethan Zipsie v. JUUL Labs Inc., et al. | 3:22-cv-05545 |
| Bobby | Dickens | B.D., a minor, by and through his Parent/Guardian Arthur R. Reeder v. JUUL Labs, Inc., et al. | 3:21-cv-05959 |

---

[3] Plaintiff is the member of a multi-plaintiff case. Plaintiff is listed as Michelle Alspach, Individually, and on behalf of Madison Alspach, a minor.

[4] Plaintiff is the member of a multi-plaintiff case. Plaintiff is listed as Savanna Bond, Individually, and on behalf of Vanessa Zastro, a minor.

[5] Plaintiff is the member of a multi-plaintiff case.

[6] Plaintiff is the member of a multi-plaintiff case. Plaintiff is listed as Christos Economides, Individually, and on behalf of Joseph Economides.

[7] Plaintiff is the member of a multi-plaintiff case. is listed as Brenda Gill, Individually, and on behalf of Samuel Gill, a minor.

[8] Plaintiff is the member of a multi-plaintiff case. Plaintiff is listed as Tiffany Johnson, Individually, and on behalf of Kendall Dewayne, a minor.

[PROPOSED] ORDER GRANTING ALTRIA'S MOTION TO DISMISS
WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS